UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONARDO JOHNSON,
Plaintiff

v.

LINDA HAN, ET AL.
Defendant.

No. 14-CV-13274-IT

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Joseph G. Keller, Jr. as counsel in the above-captioned matter, on behalf of the defendant, Charles Salemi.

Dated: September 15, 2014

Respectfully submitted,
CHARLES SALEMI
By and through his attorneys,

/s/ *Joseph G. Keller, Jr.*
Joseph G. Keller, Jr., BBO#686689
J.A. Denner and Associates
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.   617.227.2800
Fax.   617.973.1562
jkeller@dennerlaw.com

### Certificate of Service

I, Joseph G. Keller, Jr., hereby certify that on this the 15th day of September, 2014, I caused a true copy of the foregoing *Notice of Appearance* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

/s/ *Joseph G. Keller, Jr.*
Joseph G. Keller, Jr.