## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LEONARDO JOHNSON,

      Plaintiff,

           v.

LINDA HAN, JULIANNE NASSIF,
CHARLES SALEMI, ELIZABETH O'BRIEN,
DANIEL RENCZKOWSKI and ANNIE
DOOKHAN,

      Defendants.

Civil Action No. 14-CV-13274-IT

### ANSWER AND DEFENSES OF DEFENDANT LINDA HAN
### TO PLAINTIFF'S COMPLAINT

Defendant Linda Han ("Han"), for her answer to Plaintiff's Complaint, states as follows:

The introductory paragraphs on the first two pages of Plaintiff's Complaint are a summary of Plaintiff's position, to which no answer is required. Should the Court determine that an answer to these allegations is required, Han denies the allegations in the introductory paragraphs.

### INTRODUCTION

1.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations in in paragraph 1.

2.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.

3.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.

5.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6.

7.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, except admits that the each of the Defendants named in this paragraph were Commonwealth employees.

10.    Admits that the each of the Defendants named in paragraph 10 were Commonwealth employees.  Denies knowledge of the allegations in paragraph 10 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 10.

11.    Denies knowledge of the allegations in paragraph 11 to the extent that they relate to her knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 11.

12.    Paragraph 12 contains legal assertions, to which no answer is required.  Should the Court determine that an answer to these allegations is required, they are denied.

## PARTIES

13.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13.

14.     Denies the allegations in paragraph 14, except admits that Han was employed by the Commonwealth of Massachusetts Department of Public Health as the Director of the Hinton Lab from June 2010 until September 2012.

15.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15, except admits that Julianne Nassif was employed by the Commonwealth of Massachusetts Department of Public Health.

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, except admits that Charles Salemi was employed by the Commonwealth of Massachusetts Department of Public Health.

17.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, except admits that Elizabeth O'Brien was employed by the Commonwealth of Massachusetts Department of Public Health.

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, except admits that Daniel Renczkowski was employed by the Commonwealth of Massachusetts Department of Public Health.

19.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, except admits that Annie Dookhan was employed by the Commonwealth of Massachusetts Department of Public Health.

## JURISDICTION AND VENUE

20.     Paragraph 20 contains legal conclusions, to which no answer is required.  Should the Court determine that an answer to these allegations is required, they are denied.

21.     Paragraph 21 contains legal conclusions, to which no answer is required. Should the Court determine that an answer to these allegations is required, they are denied.

22.     Paragraph 22 contains legal conclusions, to which no answer is required. Should the Court determine that an answer to these allegations is required, they are denied.

## FACTUAL ALLEGATIONS

23.     Admits Han was employed by the Department of Public Health as the Director of the Hinton Lab from June 2010 until September 2012.  Denies the remaining allegations and characterizations relating to her employment in paragraph 23.

24.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25.

26.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26.

27.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27.

28.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28.

29.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29.

30.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30.

31.     Admits Dookhan was suspended.   Denies knowledge of the allegations in paragraph 31 to the extent that they relate to Han's knowledge or conduct.   Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 31.

32.     Admits Dookhan was suspended.   Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 32.

33.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.

34.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34.

35.     Denies the allegations in paragraph 35.

36.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36.

37.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37.

38.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38.

39.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39.

40.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40.

41.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41.

42.     Denies knowledge of the allegations in paragraph 42 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 42.

43.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43.

44.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44.

45.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45.

46.     Denies knowledge of the allegations in paragraph 46 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 46.

47.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47.

48.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48.

49.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49.

50.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50.

51.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51.

52.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52.

53.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53.

54.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54.

55.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55.

56.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56.

57.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57.

58.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58.

59.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59.

60.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60.

61.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61.

62.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62.

63.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63.

64.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64.

65.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65.

66.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66.

67.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67.

68.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68.

69.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69.

70.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70.

71.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71.

72.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72.

73.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73.

74.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74.

75.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75.

76.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76.

77.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77.

78.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78.

79.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79.

80.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80.

81.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81.

82.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82.

83.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83.

84.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84.

85.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85.

86.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86.

87.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87.

88.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88.

89.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89.

90.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90.

91.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91.

92.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92.

93.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93.

94.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94.

95.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95.

96.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96.

97.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97.

98.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98.

99.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99.

100.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100.

101.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101.

102.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102.

103.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103.

104.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104.

105.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105.

106.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106.

107.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107.

108.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108.

109.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109.

110.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110.

111.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111.

112.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112.

113.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113.

114.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114.

115.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115.

116.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116.

117.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117.

118.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118.

119.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 119.

120.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 120.

121.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 121.

122.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122.

123.     Admits Dookhan was suspended.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 123.

124.     Denies knowledge of the allegations in paragraph 124 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 124.

125.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125.

126.     Denies knowledge of the allegations in paragraph 126 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 126.

127.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127.

128.     Denies knowledge of the allegations in paragraph 128 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 128.

129.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129.

130.     Denies knowledge of the allegations in paragraph 130 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 130.

131.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131.

132.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132.

133.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 133.

134.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134.

135.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135.

136.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136.

137.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137.

138.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138.

139.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 139.

140.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140.

141.     Denies knowledge of the allegations in paragraph 141 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 141.

142.     Denies knowledge of the allegations in paragraph 142 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 142.

143.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143.

144.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144.

145.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145.

146.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146.

147.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147.

148.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148.

149.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149.

150.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150.

151.    Denies knowledge of the allegations in paragraph 151 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 151.

152.    Denies knowledge of the allegations in paragraph 152 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 152.

153.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153.

154.    Denies knowledge of the allegations in paragraph 154 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 154.

155.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155.

156.     Denies knowledge of the allegations in paragraph 156 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in 156.

157.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157.

158.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158.

159.     Denies knowledge of the allegations in paragraph 159 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 159.

160.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160.

161.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161.

162.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162.

163.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163.

164.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164.

165.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165.

166.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166.

167.    Admits that her employment as the Department of Public Health as the Director of the Hinton Lab ended in September 2012.

168.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168.

169.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169.

170.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170.

171.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 171.

172.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172.

173.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173.

174.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 174.

175.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 175.

176.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176.

177.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 177.

178.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 178.

179.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179.

180.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 180.

181.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181.

182.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182.

183.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 183.

184.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184.

185.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185.

186.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 186.

187.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 187.

188.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188.

189.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189.

190.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190.

191.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191.

## COUNT ONE

Civil Rights Violations under 42 U.S.C. § 1983
Violation of the Fourteenth Amendment:
Having an Affirmative Policy of Withholding "*Brady* Material"
*against Defendants Han, Nassif, Salemi, and O'Brien*

192.     Han incorporates her responses to paragraphs 1 through 191 herein.

193.     Denies knowledge of the allegations in paragraph 193 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 193.

194.     Denies knowledge of the allegations in paragraph 194 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 194.

195.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 195.

196.     Denies knowledge of the allegations in paragraph 196 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 196.

197.    Denies knowledge of the allegations in paragraph 197 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 197.

198.    Denies knowledge of the allegations in paragraph 198 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 198.

199.    Denies knowledge of the allegations in paragraph 199 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 199.

200.    Denies knowledge of the allegations in paragraph 200 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 200.

201.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 201.

## COUNT TWO

Civil Rights Violations under 42 U.S.C. § 1983
Violation of the Fourteenth Amendment:
Having an Affirmative Policy of Withholding Negative Test Results
*against Defendants Han, Nassif, Salemi, and O'Brien*

202.    Han incorporates her responses to paragraphs 1 through 201 herein.

203.    Denies knowledge of the allegations in paragraph 203 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 203.

204.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 204.

205.    Denies knowledge of the allegations in paragraph 205 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 205.

206.    Denies knowledge of the allegations in paragraph 206 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 206.

207.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 207.

208.    Denies knowledge of the allegations in paragraph 208  to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 208.

209.    Denies knowledge of the allegations in paragraph 209 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 209.

210.    Denies knowledge of the allegations in paragraph 210 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 210.

211.    Denies knowledge of the allegations in paragraph 211 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 211.

212.    Denies knowledge of the allegations in paragraph 212 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 212.

213.     Denies knowledge of the allegations in paragraph 213 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 213.

214.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 214.

## **COUNT THREE**

Civil Rights Violations Under 42 U.S.C. § 1983
Having a Policy of Presenting False Evidence of Guilt
*against Defendants Han, Nassif, Salemi, and O'Brien*

215.     Han incorporates her responses to paragraphs 1 through 214 herein.

216.     Denies knowledge of the allegations in paragraph 216 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 216.

217.     Denies knowledge of the allegations in paragraph 217 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 217.

218.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218.

219.     Denies knowledge of the allegations in paragraph 219 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 219.

220.     Denies knowledge of the allegations in paragraph 220 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 220.

221.    Denies knowledge of the allegations in paragraph 221 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 221.

222.    Denies knowledge of the allegations in paragraph 222 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 222.

223.    Denies knowledge of the allegations in paragraph 223 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 223.

224.    Denies knowledge of the allegations in paragraph 224 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph in paragraph 224.

225.    Denies knowledge of the allegations in paragraph 225 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 225.

226.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 226.

## COUNT FOUR

Civil Rights Violations Under 42 U.S.C. § 1983
Violation of the Fourteenth Amendment:
Failure to Supervise, Train, or Discipline
*against Defendants Han, Nassif, Salemi, and O'Brien*

227.     Han incorporates her responses to paragraphs 1 through 226 herein.

228.     Denies knowledge of the allegations in paragraph 228 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 228.

229.     Denies knowledge of the allegations in paragraph 229 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 229.

230.     Denies knowledge of the allegations in paragraph 230 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 230.

231.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 231.

232.     Denies knowledge of the allegations in paragraph 232 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 232.

233.     Denies knowledge of the allegations in paragraph 233 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 233.

234.     Denies knowledge of the allegations in paragraph 234 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 234.

235.     Denies knowledge of the allegations in paragraph 235 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 235.

236.     Denies knowledge of the allegations in paragraph 236 to the extent that they relate to Han's knowledge or conduct.  Denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 236.

237.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 237.

## **COUNT FIVE**

Civil Rights Violations Under 42 U.S.C. § 1983
Violation of the Fourth, Fifth, Sixth, and Fourteenth Amendments:
*against Defendant Dookhan*

238.     Han incorporates her responses to paragraphs 1 through 237 herein.

239.     Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

240.     Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

241.     Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

242.     Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

243.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

244.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

245.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

246.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

247.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

248.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

249.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

250.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

251.    Count Five is not asserted against Han and, as such, no response from her is required to its allegations.

## COUNT SIX

Civil Rights Violations under 42 U.S.C. § 1983
Malicious Prosecution and Perjury
*against Defendant Dookhan*

252.    Han incorporates her responses to paragraphs 1 through 251 herein.

253.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

254.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

255.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

256.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

257.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

258.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

259.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

260.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

261.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

262.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

263.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

264.    Count Six is not asserted against Han and, as such, no response from her is required to its allegations.

## COUNT SEVEN

Civil Rights Violations under 42 U.S.C. § 1983
Violation of the Fourth, Fifth, Sixth, and Fourteenth Amendments
*against Defendant Renczkowski*

265.    Han incorporates her responses to paragraphs 1 through 264 herein.

266.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

267.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

268.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

269.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

270.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

271.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

272.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

273.    Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

274.     Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

275.     Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

276.     Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

277.     Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

278.     Count Seven is not asserted against Han and, as such, no response from her is required to its allegations.

## **COUNT EIGHT**

Civil Rights Violations under 42 U.S.C. § 1983
Malicious Prosecution and Perjury
*against Defendant Renczkowski*

279.     Han incorporates her responses to paragraphs 1 through 278 herein.

280.     Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

281.     Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

282.     Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

283.     Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

284.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

285.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

286.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

287.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

288.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

289.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

290.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

291.    Count Eight is not asserted against Han and, as such, no response from her is required to its allegations.

## AFFIRMATIVE DEFENSES

## RESERVATION OF RIGHT TO ASSERT ADDITIONAL DEFENSES

Han has not knowingly or intentionally waived any applicable defenses, and reserves the right to assert and rely upon other applicable defenses that may become available or apparent during discovery in this matter. Han reserves the right to amend or seek to amend her Answer and/or Affirmative Defenses. The assertion of any defense as an affirmative defense herein is not, and is not intended as, an admission that Han has the burden of proof on any such defense or on any related element of Plaintiff's claims.

## RESERVATION OF RIGHT TO JURY TRIAL

Han reserves her right to demand a jury trial on all issues so triable.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims for damages are barred, in whole or in part, by his failure to mitigate damages.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' injuries and/or damages, if any, were proximately caused by his own negligent or intentional conduct and/or the conduct of others, and not by the conduct of Han.

## FOURTH AFFIRMATIVE DEFENSE

None of Han's acts or omissions were a proximate cause of injuries or damages, if any, allegedly sustained by Plaintiff. Nor were these alleged injuries or damages caused by any person or entity within Han's responsibility or control.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of unclean hands, waiver, estoppel, laches,

settlement, ratification, release, and/or accord and satisfaction.

## SIXTH AFFIRMATIVE DEFENSE

Han's acts and conduct were performed according to, and protected by, law and/or legal process and, therefore, the Plaintiff cannot recover.

## SEVENTH AFFIRMATIVE DEFENSE

Han is immune from suit because her actions are protected by the doctrine of qualified immunity.

## EIGHTH AFFIRMATIVE DEFENSE

Han, at all times, acted in good faith upon the reasonable belief that her actions were in accordance with the Constitution and the laws of the United States and the Commonwealth of Massachusetts.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has not been deprived of any right secured by either the Constitution, the laws of the United States or the Commonwealth of Massachusetts.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches and/or the statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because he failed to properly present his claims pursuant to the requirements of the Massachusetts Tort Claim Act, M.G.L. c. 258, § 4.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff is, by his own acts, omissions, or negligence estopped from asserting any claims against Han.

WHEREFORE, Han respectfully requests that this Court:

(a)    dismiss the Complaint in its entirety;

(b)    enter judgment for Han on all counts against her;

(c)    award Han her costs and attorneys' fees, as appropriate; and

(d)    grant such other relief as the Court deems just and proper.


Dated:         September 30, 2014         Respectfully submitted,


LINDA HAN,

By her attorneys,

   _/s/ Sarah B. Herlihy_
Paul V. Kelly (BBO No. 267010)
Email: paul.kelly@jacksonlewis.com
Sarah B. Herlihy (BBO No. 640531)
Email: sarah.herlihy@jacksonlewis.com
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA  02116
Tel: (617) 367-0025
Fax: (617) 367-2155

## <u>CERTIFICATE OF SERVICE</u>

This hereby certifies that on this 30th day of September 2014, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Sarah B. Herlihy*
Sarah B. Herlihy

4846-6472-6814, v. 1