UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARDO JOHNSON,<br>    Plaintiff,<br><br>v.<br><br>LINDA HAN, JULIANNE NASSIF,<br>CHARLES SALEMI, ELIZABETH<br>O'BRIEN, DANIEL RENCZKOWSKI<br>and ANNIE DOOKHAN,<br>    Defendants. | CIVIL ACTION NO: 1:14-CV-13274-IT |

## APPEARANCE OF MICHAEL J. GRACE, ESQ.
## AS COUNSEL FOR DEFENDANT CHARLES SALEMI

    Please enter my appearance on behalf of the defendant Charles Salemi in the above referenced matter.

Date: _____
    /s/ Michael J. Grace_____
    Michael J. Grace, Esq.
    BBO #205875
    RAIPHER D. PELLEGRINO ASSOCIATES, PC
    4 Longfellow Place, 35th Floor
    Boston, MA 02114
    (617)904-7778
    mjg@rdpalaw.com

## CERTIFICATE OF SERVICE

    I, Michael J. Grace, Esq., do hereby certify that on this 15th day of October, 2014, I caused a copy of the foregoing document to be served upon the attorney of record for each other party via electronic means in accordance with Local Rule 5.4(C).

    /s/ Michael J. Grace_____
    Michael J. Grace, Esquire