LEONARDO JOHNSON,

      Plaintiff,

         v.

LINDA HAN, JULIANNE NASSIF,
CHARLES SALEMI, ELIZABETH O'BRIEN,
DANIEL RENCZKOWSKI, and ANNIE
DOOKHAN,

      Defendants.

Civil Action No. 14-CV-13274-IT

## ANSWER AND JURY DEMAND OF
## DEFENDANT CHARLES SALEMI

Defendant Charles Salemi ("Salemi" or "Defendant"), by and through undersigned

counsel, for his answer to Plaintiff's Complaint, states as follows:

The introductory paragraphs on the first two pages of the Complaint are a summary of

Plaintiff's position, to which no response is required. Should the Court determine that a response

to these assertions is required, Salemi denies the matters asserted in the introductory paragraphs.

## INTRODUCTION

1.     Salemi denies having knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 1.

2.     Salemi denies having knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 2.

3.     Salemi denies having knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 3.

4.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.

5.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6.

7.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9.      Salemi admits that Renczkowski and Dookhan were employees of the Commonwealth, and he denies having knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 9.

10.      Salemi admits that the each of the Defendants named in paragraph 10 was an employee of the Commonwealth. Salemi denies the allegations in paragraph 10 that relate to him, and he has insufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 10.

11.      Salemi denies the allegations in paragraph 11 that relate to him. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 11.

12.      Salemi neither admits nor denies the matters asserted in paragraph 12, which constitute conclusions of law and do not require an answer. If called upon to answer, Salemi denies the matters.

## **PARTIES**

13.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13.

14.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, except he admits that Han was employed by the Commonwealth of Massachusetts Department of Public Health.

15.      Salemi denies having knowledge of information sufficient to form a belief as to the truth of the allegations in paragraph 15, except he admits that Julianne Nassif was employed by the Commonwealth of Massachusetts Department of Public Health.

16.      Salemi admits the allegations in the first set of paragraph 16, and he denies the remaining allegations in paragraph 16.

17.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, except he admits that Elizabeth O'Brien was employed by the Commonwealth of Massachusetts Department of Public Health.

18.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, except he admits that Daniel Renczkowski was employed by the Commonwealth of Massachusetts Department of Public Health.

19.      Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, except he admits that Annie Dookhan was employed by the Commonwealth of Massachusetts Department of Public Health.

## JURISDICTION AND VENUE

20.     Salemi neither admits nor denies the matters asserted in paragraph 20, which constitute conclusions of law and do not require an answer. If called upon to answer, Salemi denies the matters.

21.     Salemi neither admits nor denies the matters asserted in paragraph 21, which constitute conclusions of law and do not require an answer. If called upon to answer, Salemi denies the matters.

22.     Salemi neither admits nor denies the matters asserted in paragraph 22, which constitute conclusions of law and do not require an answer. If called upon to answer, Salemi denies the matters.

## FACTUAL ALLEGATIONS

23.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24.

24.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24.

25.     Salemi neither admits nor denies the matters asserted in paragraph 25, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

26.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26.

27.     Salemi denies having knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 27.

28.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28.

29.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29.

30.     Salemi neither admits nor denies the matters asserted in paragraph 30, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that matters may be construed as allegations of fact against Salemi, he denies them.

31.     Salemi neither admits nor denies the matters asserted in paragraph 31, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that matters may be construed as allegations of fact against Salemi, he denies them.

32.     Salemi admits Dookhan was suspended. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph

33.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.

34.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34.

35.     Salemi denies the allegations in paragraph 35.

36.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36.

37.     Salemi neither admits nor denies the matters asserted in paragraph 37, as the

assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response.

38.     Salemi neither admits nor denies the matters asserted in paragraph 38, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response.

39.     Salemi admits that Dookhan was hired as a chemist at the Hinton Lab. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 39.

40.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40.

41.     Salemi neither admits nor denies the matters asserted in paragraph 41, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

42.     Salemi neither admits nor denies the matters asserted in paragraph 42, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

43.     Salemi neither admits nor denies the matters asserted in paragraph 43, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

44.     Salemi neither admits nor denies the matters asserted in paragraph 44, as the

assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

45. Salemi neither admits nor denies the matters asserted in paragraph 45, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

46. Salemi denies the allegations in paragraph 46.

47. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47.

48. Salemi neither admits nor denies the matters asserted in paragraph 48, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

49. Salemi neither admits nor denies the matters asserted in paragraph 49, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

50. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50.

51. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51.

52. Salemi denies having knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 52.

53.     Salemi neither admits nor denies the matters asserted in paragraph 53, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

54.     Salemi neither admits nor denies the matters asserted in paragraph 54, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

55.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55.

56.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56.

57.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57.

58.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58.

59.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59.

60.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60.

61.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61.

62. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62.

63. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63.

64. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64.

65. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65.

66. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66.

67. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67.

68. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68.

69. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69.

70. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70.

71. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71.

72. Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72.

73. Salemi denies having knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 73.

74.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74.

75.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75.

76.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76.

77.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77.

78.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78.

79.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79.

80.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80.

81.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81.

82.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82.

83.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83.

84.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84.

85.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85.

86.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86.

87.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87.

88.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88.

89.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89.

90.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90.

91.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91.

92.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92.

93.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93.

94.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94.

95.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95.

96.     Salemi neither admits nor denies the matters asserted in paragraph 96, as the

assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

97.     Salemi neither admits nor denies the matters asserted in paragraph 97, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

98.     Salemi neither admits nor denies the matters asserted in paragraph 98, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

99.     Salemi neither admits nor denies the matters asserted in paragraph 99, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

100.     Salemi neither admits nor denies the matters asserted in paragraph 100, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

101.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101.

102.     Salemi neither admits nor denies the matters asserted in paragraph 102, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-

pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

103.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103.

104.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104.

105.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105.

106.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106.

107.     Salemi neither admits nor denies the matters asserted in paragraph 107, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

108.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108.

109.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109.

110.     Salemi neither admits nor denies the matters asserted in paragraph 110, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

111.     Salemi neither admits nor denies the matters asserted in paragraph 111, as the

assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

112.    Salemi neither admits nor denies the matters asserted in paragraph 112, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

113.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113.

114.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114.

115.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115.

116.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116.

117.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117.

118.    Salemi denies the allegations in paragraph 118.

119.    Salemi denies the allegations in paragraph 119.

120.    Salemi neither admits nor denies the matters asserted in paragraph 120, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

121.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 121.

122.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122.

123.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123.

124.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 124.

125.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125.

126.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126.

127.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127.

128.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128.

129.     Salemi neither admits nor denies the matters asserted in paragraph 129, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

130.     Salemi neither admits nor denies the matters asserted in paragraph 130, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be

construed as allegations of fact against Salemi, he denies them.

131.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131.

132.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132.

133.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 133.

134.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134.

135.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135.

136.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136.

137.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137.

138.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138.

139.    Salemi neither admits nor denies the matters asserted in paragraph 139, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

140.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140.

141.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 141.

142.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 142.

143.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143.

144.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144.

145.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145.

146.    Salemi neither admits nor denies the matters asserted in paragraph 146, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

147.    Salemi neither admits nor denies the matters asserted in paragraph 147, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

148.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148.

149.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149.

150.    Salemi denies having knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 150.

151.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151.

152.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152.

153.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153.

154.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154.

155.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155.

156.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156.

157.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157.

158.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158.

159.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159.

160.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160.

161.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161.

162.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162.

163.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163.

164.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164.

165.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165.

166.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166.

167.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167.

168.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168.

169.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169.

170.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170.

171.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 171.

172.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172.

173.     Salemi denies having knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph 173.

174.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 174.

175.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 175.

176.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176.

177.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 177.

178.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 178.

179.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179.

180.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 180.

181.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181.

182.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182.

183.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 183.

184.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184.

185.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185.

186.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 186.

187.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 187.

188.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188.

189.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189.

190.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190.

191.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191.

## <u>COUNT ONE</u>

192.     Salemi repeats and incorporates herein his responses to paragraphs 1 through 191.

193.     Salemi admits the allegations in paragraph 193.

194.     Salemi denies the allegations in paragraph 194.

195.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 195.

196.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 196.

197.     Salemi neither admits nor denies the matters asserted in paragraph 197, as the

assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

198. Salemi neither admits nor denies the matters asserted in paragraph 198, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

199. Salemi neither admits nor denies the matters asserted in paragraph 199, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

200. Salemi neither admits nor denies the matters asserted in paragraph 200, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

201. Salemi denies the allegations in paragraph 201.

## COUNT TWO

202. Salemi repeats and incorporates herein his responses to paragraphs 1 through 201.

203. Salemi admits the allegations in paragraph 203.

204. Salemi neither admits nor denies the matters asserted in paragraph 204, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

205.     Salemi neither admits nor denies the matters asserted in paragraph 205, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

206.     Salemi denies the allegations in paragraph 206.

207.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 207.

208.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 208.

209.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209.

210.     Salemi neither admits nor denies the matters asserted in paragraph 210, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

211.     Salemi neither admits nor denies the matters asserted in paragraph 211, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

212.     Salemi neither admits nor denies the matters asserted in paragraph 212, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

213.     Salemi neither admits nor denies the matters asserted in paragraph 213, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

214.     Salemi denies the allegations in paragraph 214.

## <u>COUNT THREE</u>

215.     Salemi repeats and incorporates herein his responses to paragraphs 1 through 214.

216.     Salemi admits the allegations in paragraph 216.

217.     Salemi denies the allegations in paragraph 217.

218.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218.

219.     Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 219.

220.     Salemi neither admits nor denies the matters asserted in paragraph 220, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

221.     Salemi neither admits nor denies the matters asserted in paragraph 221, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

222.     Salemi neither admits nor denies the matters asserted in paragraph 222, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-

pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

223.    Salemi neither admits nor denies the matters asserted in paragraph 223, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

224.    Salemi denies the allegations in paragraph 224.

225.    Salemi denies the allegations in paragraph 225.

226.    Salemi denies the allegations in paragraph 226.

## COUNT FOUR

227.    Salemi repeats and incorporates herein his responses to paragraphs 1 through 226.

228.    Salemi admits the allegations in paragraph 228.

229.    Salemi neither admits nor denies the matters asserted in paragraph 229, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

230.    Salemi neither admits nor denies the matters asserted in paragraph 230, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

231.    Salemi denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 231.

232.    Salemi neither admits nor denies the matters asserted in paragraph 232, as the

assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

233. Salemi neither admits nor denies the matters asserted in paragraph 233, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

234. Salemi neither admits nor denies the matters asserted in paragraph 234, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

235. Salemi neither admits nor denies the matters asserted in paragraph 235, as the assertions are vague, indefinite, subjective, or argumentative, and they do not constitute well-pleaded allegations of fact that require a response. To the extent that the matters may be construed as allegations of fact against Salemi, he denies them.

236. Salemi denies the allegations in paragraph 236.

237. Salemi denies the allegations in paragraph 237.

## COUNT FIVE

238. Salemi neither admits nor denies the matters asserted in paragraph 238, as they are directed solely at another defendant.

239. Salemi neither admits nor denies the matters asserted in paragraph 239, as they are directed solely at another defendant.

240. Salemi neither admits nor denies the matters asserted in paragraph 240, as they

are directed solely at another defendant.

241.     Salemi neither admits nor denies the matters asserted in paragraph 241, as they are directed solely at another defendant.

242.     Salemi neither admits nor denies the matters asserted in paragraph 242, as they are directed solely at another defendant.

243.     Salemi neither admits nor denies the matters asserted in paragraph 243, as they are directed solely at another defendant.

244.     Salemi neither admits nor denies the matters asserted in paragraph 244, as they are directed solely at another defendant.

245.     Salemi neither admits nor denies the matters asserted in paragraph 245, as they are directed solely at another defendant.

246.     Salemi neither admits nor denies the matters asserted in paragraph 246, as they are directed solely at another defendant.

247.     Salemi neither admits nor denies the matters asserted in paragraph 247, as they are directed solely at another defendant.

248.     Salemi neither admits nor denies the matters asserted in paragraph 248, as they are directed solely at another defendant.

249.     Salemi neither admits nor denies the matters asserted in paragraph 249, as they are directed solely at another defendant.

250.     Salemi neither admits nor denies the matters asserted in paragraph 250, as they are directed solely at another defendant.

251.     Salemi neither admits nor denies the matters asserted in paragraph 251, as they are directed solely at another defendant.

## <u>COUNT SIX</u>

252.     Salemi neither admits nor denies the matters asserted in paragraph 238, as they are directed solely at another defendant.

253.     Salemi neither admits nor denies the matters asserted in paragraph 253, as they are directed solely at another defendant.

254.     Salemi neither admits nor denies the matters asserted in paragraph 254, as they are directed solely at another defendant.

255.     Salemi neither admits nor denies the matters asserted in paragraph 255, as they are directed solely at another defendant.

256.     Salemi neither admits nor denies the matters asserted in paragraph 256, as they are directed solely at another defendant.

257.     Salemi neither admits nor denies the matters asserted in paragraph 257, as they are directed solely at another defendant.

258.     Salemi neither admits nor denies the matters asserted in paragraph 258, as they are directed solely at another defendant.

259.     Salemi neither admits nor denies the matters asserted in paragraph 259, as they are directed solely at another defendant.

260.     Salemi neither admits nor denies the matters asserted in paragraph 260, as they are directed solely at another defendant.

261.     Salemi neither admits nor denies the matters asserted in paragraph 261, as they are directed solely at another defendant.

262.     Salemi neither admits nor denies the matters asserted in paragraph 262, as they are directed solely at another defendant.

263.    Salemi neither admits nor denies the matters asserted in paragraph 263, as they are directed solely at another defendant.

264.    Salemi neither admits nor denies the matters asserted in paragraph 264, as they are directed solely at another defendant.

## COUNT SEVEN

265.    Salemi neither admits nor denies the matters asserted in paragraph 238, as they are directed solely at another defendant.

266.    Salemi neither admits nor denies the matters asserted in paragraph 266, as they are directed solely at another defendant.

267.    Salemi neither admits nor denies the matters asserted in paragraph 267, as they are directed solely at another defendant.

268.    Salemi neither admits nor denies the matters asserted in paragraph 268, as they are directed solely at another defendant.

269.    Salemi neither admits nor denies the matters asserted in paragraph 269, as they are directed solely at another defendant.

270.    Salemi neither admits nor denies the matters asserted in paragraph 270, as they are directed solely at another defendant.

271.    Salemi neither admits nor denies the matters asserted in paragraph 271, as they are directed solely at another defendant.

272.    Salemi neither admits nor denies the matters asserted in paragraph 272, as they are directed solely at another defendant.

273.    Salemi neither admits nor denies the matters asserted in paragraph 273, as they are directed solely at another defendant.

274.     Salemi neither admits nor denies the matters asserted in paragraph 274, as they are directed solely at another defendant.

275.     Salemi neither admits nor denies the matters asserted in paragraph 275, as they are directed solely at another defendant.

276.     Salemi neither admits nor denies the matters asserted in paragraph 276, as they are directed solely at another defendant.

277.     Salemi neither admits nor denies the matters asserted in paragraph 277, as they are directed solely at another defendant.

278.     Salemi neither admits nor denies the matters asserted in paragraph 278, as they are directed solely at another defendant.

## COUNT EIGHT

279.     Salemi neither admits nor denies the matters asserted in paragraph 279, as they are directed solely at another defendant.

280.     Salemi neither admits nor denies the matters asserted in paragraph 280, as they are directed solely at another defendant.

281.     Salemi neither admits nor denies the matters asserted in paragraph 281, as they are directed solely at another defendant.

282.     Salemi neither admits nor denies the matters asserted in paragraph 282, as they are directed solely at another defendant.

283.     Salemi neither admits nor denies the matters asserted in paragraph 283, as they are directed solely at another defendant.

284.     Salemi neither admits nor denies the matters asserted in paragraph 284, as they are directed solely at another defendant.

285.     Salemi neither admits nor denies the matters asserted in paragraph 285, as they are directed solely at another defendant.

286.     Salemi neither admits nor denies the matters asserted in paragraph 286, as they are directed solely at another defendant.

287.     Salemi neither admits nor denies the matters asserted in paragraph 287, as they are directed solely at another defendant.

288.     Salemi neither admits nor denies the matters asserted in paragraph 288, as they are directed solely at another defendant.

289.     Salemi neither admits nor denies the matters asserted in paragraph 289, as they are directed solely at another defendant.

290.     Salemi neither admits nor denies the matters asserted in paragraph 290, as they are directed solely at another defendant.

291.     Salemi neither admits nor denies the matters asserted in paragraph 291, as they are directed solely at another defendant.

## **AFFIRMATIVE DEFENSES**

## **RESERVATION OF RIGHT TO ASSERT ADDITIONAL DEFENSES**

Salemi has not knowingly or intentionally waived any applicable defenses, and he reserves the right to assert and rely upon other applicable defenses that may become available or apparent during discovery. Salemi reserves the right to amend or seek to amend his Answer or Affirmative Defenses. The assertion of any defense as an affirmative defense herein is not, and is not intended as, an admission that Salemi has the burden of proof on any such defense or on any related element of Plaintiff's claims.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims for damages are barred, in whole or in part, by his failure to mitigate damages.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' injuries or damages, if any, were proximately caused by his own negligent or intentional conduct or by the conduct of others, and not by the conduct of Salemi.

## FOURTH AFFIRMATIVE DEFENSE

None of Salemi's acts or omissions was a proximate cause of injuries or damages, if any, allegedly sustained by Plaintiff. Nor were these alleged injuries or damages caused by any person or entity under Salemi's control or for whose conduct Salemi is legally responsible or liable.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of unclean hands, waiver, estoppel, settlement, ratification, release, or accord and satisfaction.

## SIXTH AFFIRMATIVE DEFENSE

Salemi's acts and conduct were performed according to, and were protected by, law or legal process and, therefore, the Plaintiff cannot recover.

## SEVENTH AFFIRMATIVE DEFENSE

Salemi is immune from suit because his conduct is protected by the doctrine of qualified immunity.

### EIGHTH AFFIRMATIVE DEFENSE

Salemi at all times acted in good faith upon the reasonable belief that his actions were in accordance with the Constitution and the laws of the United States and the Commonwealth of Massachusetts.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff has not been deprived of any right secured by either the Constitution or the laws of the United States or the Commonwealth of Massachusetts.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by laches or by the statute of limitations.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because he failed to properly present his claims pursuant to the requirements of the Massachusetts Tort Claim Act, M.G.L. c. 258, § 4.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff is, by his own acts, omissions, or negligence, estopped from asserting any claims against Salemi.

WHEREFORE, Salemi respectfully requests that this Court:

    (a)    dismiss the Complaint in its entirety with prejudice;

    (b)    enter judgment for Salemi on all counts against him;

    (c)    award Salemi his costs and attorneys' fees, as appropriate; and

    (d)    grant such other relief as the Court deems just and proper.

Dated:     October 15, 2014          Respectfully submitted,


CHARLES SALEMI,

By his attorneys,

__*/s/ Joseph Keller*_____
Joseph Keller (BBO No. 686689)
Email: JKeller@dennerlaw.com
Jeffrey Denner Associates, P.C.
4 Longfellow Place
35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562


Michael J. Grace (BBO No. 205875)
Email: mjg@rdpalaw.com
Raipher D. Pellegrino Associates, P.C.
4 Longfellow Place
35th Floor
Boston, MA 02114
Tel: (617) 904-7778
Fax: (617) 973-1562

## <u>CERTIFICATE OF SERVICE</u>

This hereby certifies that on this 15th day of October 2014, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants.

_/s/ Joseph Keller_

Joseph Keller