UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEONARDO JOHNSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13274-IT |
| | * | |
| LINDA HAN, JULIANNE NASSIF, | * | |
| CHARLES SALEMI, ELIZABETH | * | |
| O'BRIEN, DANIEL RENCZKOWKSI, and | * | |
| ANNIE DOOKHAN, | * | |
| | * | |
| Defendants. | * | |

<u>JUDGMENT</u>

June 16, 2017

TALWANI, D.J.

The court enters judgment as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter was voluntarily DISMISSED as to Defendants Linda Han, Julianne Nassif, Charles Salemi, Elizabeth O'Brien, and Daniel Renczkowski, with prejudice and without costs, and with all rights of appeal waived. <u>Stipulation of Dismissal</u> [#96].

2. Pursuant to Fed. R. Civ. P. 55(b)(2), and following a default by Defendant Annie Dookhan:

   i. Judgment is hereby entered in favor of Plaintiff Leonardo Johnson and against Defendant Annie Dookhan on Counts V and VI, both brought under 42 U.S.C. § 1983, in the amount of $2,097,264.04.

   ii. Plaintiff's costs and fees are awarded against Defendant Annie Dookhan in the amount of $20,176.37.

   IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge